**David H. VERDINER, an individual, for himself and on behalf of the general public, Plaintiff–Appellant,**

v.

**SCOTTRADE, INC., an entity of unknown origin, Defendant–Appellee.**

No. 06–56655.

United States Court of Appeals, Ninth Circuit.

Submitted May 8, 2008.*

Filed May 12, 2008.

Ryan D. Lapidus, Esq., Lapidus & Lapidus, Beverly Hills, CA, for Plaintiff–Appellant.

Andrew M. White, Esq., White O'Connor Curry, LLP, Los Angeles, CA, Thomas E. Douglass, Esq., Thompson Coburn, St. Louis, MO, for Defendant–Appellee.

Before: WARDLAW, IKUTA, Circuit Judges, and BEISTLINE,** District Judge.

** The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

## MEMORANDUM***

The facts of this case are known to the parties.

In accordance with *SEC v. Zandford*, 535 U.S. 813, 122 S.Ct. 1899, 153 L.Ed.2d 1 (2002), and *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Dabit*, 547 U.S. 71, 126 S.Ct. 1503, 164 L.Ed.2d 179 (2006), as well as this Court's recent ruling in *U.S. Mortgage, Inc. v. Saxton*, 494 F.3d 833 (9th Cir.2007), we conclude the commissions charged by Scottrade, which necessarily "coincided" with the purchase and sale of securities, fall squarely within the range that the Securities Litigation Uniform Standards Act was intended to cover.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

